UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:09-cr-8-01-SEB-MGN |
| | ) | |
| ALBERT DAVID SWIHART, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER APPROVING AND ADOPTING MAGISTRATE
## JUDGE=S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge=s Report and Recommendation dated February 23, 2011, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of twenty-four (24) months with no term of supervised release to follow. The Court further recommends the defendant participate in a 500-hour drug program while incarcerated.

Date: 03/03/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

A. Brant Cook
brant.cook@usdoj.gov

Brian K. Darling
bdarling@kentuckylawyer.net

U.S. Marshal

U.S. Probation